# EXHIBIT B

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                                          GOVERNOR EDMUND G. BROWN JR.

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                          ACT NG DIRECTOR ANNMARIE BILLOTTI

2218 Kausen Drive, Suite 100 I Elk Grove I CA I 95758
800-884-1684 I TDD 800-700-2320
www.dfeh.ca.gov I email: contact.center@dfeh.ca.gov

Dec 24, 2014

Jennifer Davies

▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

RE: **Notice of Case Closure and Right to Sue**
DFEH Matter Number: 446086-140151
Right to Sue: Davies / Arthur Chong Broadcom Corporation

Dear Jennifer Davies,

This letter informs you that the above-referenced complaint was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective Dec 24, 2014 because an immediate Right to Sue notice was requested. DFEH will take no further action on the complaint.

This letter is also your Right to Sue notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

To obtain a federal Right to Sue notice, you must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of this DFEH Notice of Case Closure or within 300 days of the alleged discriminatory act, whichever is earlier.

Sincerely,


Department of Fair Employment and Housing

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency        GOVERNOR EDMUND G. BROWN JR.

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**        ACT NG DIRECTOR ANNMARIE BILLOTTI

2218 Kausen Drive, Suite 100 I Elk Grove I CA I 95758
800-884-1684 I TDD 800-700-2320
www.dfeh.ca.gov I email: contact.center@dfeh.ca.gov

Enclosures

cc:

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

**BEFORE THE STATE OF CALIFORNIA**

**DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING**
Under the California Fair Employment and Housing Act
(Gov. Code, § 12900 et seq.)

In the Matter of the Complaint of                DFEH No. 446086-140151
Jennifer Davies, Complainant.

vs.

Arthur Chong  Broadcom Corporation Respondent.
5300 California Avenue
Irvine, California 92617

Complainant alleges:

1. Respondent **Broadcom Corporation** is a **Private Employer** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.).  Complainant believes respondent is subject to the FEHA.

2. On or around **Sep 26, 2014**, complainant alleges that respondent took the following adverse actions against complainant: **Discrimination, Harassment, Retaliation Denied a work environment free of discrimination and/or retaliation, Denied equal pay, Denied or forced to transfer, Denied promotion, Laid-off, Terminated,** .  Complainant believes respondent committed these actions because of their: **Sex- Gender** .

3. Complainant **Jennifer Davies** resides in the City of **Newport Coast**, State of **California**.  If complaint includes co-respondents please see below.

DFEH 902-1

-5-
*Complaint – DFEH No. 446086-140151*

Date Filed: Dec 24, 2014

**Additional Complaint Details:**

I joined Broadcoms legal group in November 2006 as the companys first employment lawyer and led the global employment law function. While employed, I received excellent performance reviews, multiple achievement awards, and retention incentives. At the same time, however, I witnessed and experienced gender discrimination and retaliation by management. Specifically, I was denied promotions my male counterparts received, retaliated against for reporting misconduct by a male VP, complaining about disparate treatment and raising concerns about conduct by a male colleague. I was terminated on September 26, 2014. At Broadcom, women are grossly underrepresented and the culture is hostile to them. Approximately ▇▇% of the workforce is male, with a greater disparity in management. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Moreover, there is a glass ceiling at Broadcom. The companys CEO makes all VP and above promotion decisions, women are rejected at higher rates than men and, when they are promoted, it takes them longer to be promoted. I experienced demeaning and disparate treatment based on my gender many times. At a sales conference in China, all of the female employees (including myself) were directed to line up and sashay down the aisle to entertain male employees. On another occasion, Broadcoms General Counsel stated in a meeting that my female colleagues and I were kittens with balls of yarn, as contrasted with the companys IP lawyers--all of whom are male. I also was repeatedly denied promotion to vice president, despite promises by Terri Timberman, Broadcoms Executive VP of HR. In May 2012, after I was told that my legal department position was not VP-eligible, Ms. Timberman persuaded me to transfer to HR and told me that I would be promoted to VP within 2 years. Meanwhile, the male who replaced me in legal was hired as a VP with greater compensation and fewer responsibilities. Further, I never received a VP promotion. In March 2014, Ms. Timberman induced me to transfer to a position in the Mobile Platform Solutions Group (the MPS Role). Ms. Timberman told to me that the MPS Role would place me on the fast track to VP. Unbeknownst to me, Ms. Timberman structured the MPS Role so that when the MPS business closed, I would lose my job. Indeed, on June 4, 2014, approximately three months after I began the MPS Role, Broadcom announced that MPS would be shut down or sold. I was laid off, while a male employee in the same position kept his job even though his performance reviews were not as good as mine. Also, shortly after the MPS shutdown was announced, a new position was created that I was qualified for. The position was given to a male employee without me or anyone else having the chance to apply, in violation of internal policy. Perhaps Ms. Timbermans actions should not have surprised me as she openly favored male employees. Each time I hired employees, Ms. Timberman told me I should hire a man for diversity purposes. She also replaced most of her female direct reports with men and blocked women from receiving promotions and merit

increases. Ms. Timberman also became increasingly hostile after I was directed to investigate ███████████████████████████ (one of my duties was to conduct such investigations). Despite Ms. Timbermans ███████████████████████████, I discovered that ███████████████████████████ I recommended that ███████████████████████████. Neither of my recommendations was followed. Instead, Broadcom retaliated against me for reporting the misconduct, which included termination.

**VERIFICATION**

I, **Wayne Gross**, am the Attorney for Complainant in the above-entitled complaint.   I have read the foregoing complaint and know the contents thereof.  The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

On Dec 24, 2014, I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Costa Mesa, CA<br>**Wayne Gross**

DFEH 902-1

-8-
*Complaint – DFEH No. 446086-140151*

Date Filed: Dec 24, 2014