1  ALAN A. GREENBERG, State Bar No. 150827
   *AGreenberg@GGTrialLaw.com*
2  WAYNE R. GROSS, State Bar No. 138828
   *WGross@GGTrialLaw.com*
3  ADRIANNE E. MARSHACK, State Bar No. 253682
   *AMarshack@GGTrialLaw.com*
4  LEANNA COSTANTINI, State Bar No. 294028
   *LCostantini@GGTrialLaw.com*
5  GREENBERG GROSS LLP
   650 Town Center Drive, Suite 1750
6  Costa Mesa, California 92626
   Telephone: (949) 383-2800
7  Facsimile: (949) 383-2801

8  Attorneys for Plaintiff Jennifer Davies

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER DAVIES, an individual,<br><br>      Plaintiff,<br><br>   v.<br><br>BROADCOM CORPORATION, a California corporation,<br><br>      Defendant. | Case No. SACV15-928 AG (JCx)<br><br>**PLAINTIFF'S APPLICATION TO FILE (1) EXHIBIT A TO THE DECLARATION OF WAYNE R. GROSS AND (2) DECLARATION OF JENNIFER DAVIES CONDITIONALLY UNDER SEAL**<br><br>[Filed Concurrently with Motion to File Unredacted Complaint, Declaration of Jennifer Davies; and Declaration of Wayne R. Gross]<br><br>Judge:  Hon. Andrew J. Guilford<br>Date:   July 20, 2015<br>Time:   10:00 a.m.<br>Crtrm.:  10D |

1 **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF**
2 **RECORD:**
3 NOTICE IS HEREBY GIVEN THAT, in accordance with Local Rule 79-5,
4 Plaintiff Jennifer Davies hereby applies for an order permitting her to file
5 conditionally under seal: (1) Exhibit A to the Declaration of Wayne R. Gross in
6 Support of Motion to Allow Filing of Unredacted Complaint ("Gross Declaration"),
7 and (2) the Declaration of Jennifer Davies in Support of Motion to Allow Filing of
8 Unredacted Complaint ("Davies Declaration").
9 If the Court grants Davies' concurrently filed Motion to Allow Filing of
10 Unredacted Complaint ("Motion"), then, pursuant to Local Rule 79-5.3, Davies asks
11 that the Court unseal Exhibit A to the Gross Declaration and the Davies Declaration,
12 as there will no longer be a basis on which to seal such documents.

14 **DISCUSSION**
15 On June 11, 2015, Plaintiff Jennifer Davies ("Ms. Davies") filed her
16 Complaint against Defendant Broadcom Corporation ("Broadcom") with certain
17 allegations redacted at Broadcom's request.  Through extensive meet and confer
18 communications, Broadcom has claimed that the information redacted is
19 confidential, privileged, and attorney work-product, and should not be disclosed to
20 the public.
21 Ms. Davies disagrees, but in order to avoid an unnecessary dispute and
22 preserve Broadcom's ability to have the Court determine whether the redacted
23 information could be properly disclosed (as Ms. Davies contends) or should be
24 sealed (as Broadcom contends), Ms. Davies agreed to redact the information and
25 seek judicial resolution of the issue.  Consequently, Ms. Davies has concurrently
26 filed a Motion to Allow Filing of Unredacted Complaint, which is supported by the
27 Gross Declaration and Davies Declaration.
28 Exhibit A to the Gross Declaration contains the unredacted version of the

1  Complaint, with the redacted portions highlighted for the Court's convenience.

2      The Davies Declaration contains additional facts relating to the investigations
3  that form the basis of some of her allegations in the Complaint and which Broadcom
4  has claimed are confidential, privileged, and constitute attorney work-product.

5      Until Ms. Davies' Motion is resolved by the Court, she seeks to seal Exhibit
6  A to the Gross Declaration as well as the Davies Declaration to maintain their
7  confidentiality.  If the Court ultimately denies Ms. Davies' Motion, and agrees with
8  Broadcom that the redacted information should not be publicly disclosed, then both
9  Exhibit A to the Gross Declaration and the Davies Declaration should remain under
10 seal.

11     If, however, the Court agrees with Ms. Davies that the information in the
12 redacted Complaint should not be sealed and ultimately grants Ms. Davies' Motion
13 (allowing her to file an unredacted version of the Complaint), then there will be no
14 need to seal the information that is the subject of this Application, and Davies
15 requests, pursuant to Local Rule 79-5.3, that the Court unseal: (1) Exhibit A to the
16 Gross Declaration and (2) the Davies Declaration.

19 DATED:  June 22, 2015        GREENBERG GROSS LLP

22                                     By:    /s/
23                                         Alan A. Greenberg
24                                         Wayne R. Gross
25                                         Adrianne E. Marshack
                                         Leanna Costantini
                                         Attorneys for Plaintiff Jennifer Davies