1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| JENNIFER DAVIES, an individual, | Case No. SACV15-928 AG (JCx) |
| Plaintiff, | **ORDER RE STIPULATED PROTECTIVE ORDER** |
| v. | |
| BROADCOM CORPORATION, a California corporation, | |
| Defendant. | |

1  The Court, having reviewed the parties' Stipulation for Protective Order, and
2  good cause appearing, hereby orders as follows:
3      IT IS SO ORDERED
4
5
6  Dated: 2/18/16                               /s/
                                         Honorable Jacqueline Chooljian
7                                         United States Magistrate Judge