ALAN A. GREENBERG, State Bar No. 150827
  *AGreenberg@GGTrialLaw.com*
WAYNE R. GROSS, State Bar No. 138828
  *WGross@GGTrialLaw.com*
MICHAEL I. KATZ, State Bar No. 181728
  *MKatz@GGTrialLaw.com*
CLAIRE-LISE Y. KUTLAY, State Bar No. 307080
  *CKutlay@GGTrialLaw.com*
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1750
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

Attorneys for Plaintiff JENNIFER DAVIES

LYNNE C. HERMLE, State Bar No. 99779
  *Lchermle@orrick.com*
JOSEPH C. LIBURT, State Bar No. 155507
  *Jliburt@orrick.com*
LINDSEY CONNOR HULSE, State Bar No. 258514
  *Lhulse@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Defendant BROADCOM CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER DAVIES, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>BROADCOM CORPORATION, a California corporation,<br><br>  Defendant. | Case No. SACV15-928 AG (JCx)<br><br>**STIPULATION TO UNREDACT PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Hon. Andrew J. Guilford, Crtrm 10D |

1    Plaintiff Jennifer Davies ("Plaintiff") and Defendant Broadcom Corporation
2 ("Defendant") (collectively, the "Parties"), by and through their counsel of record,
3 hereby agree and stipulate as follows:
4    WHEREAS, on June 11, 2015, Plaintiff filed a Complaint against Defendant
5 in which certain portions of the publicly-available document were redacted pursuant
6 to Defendant's request (Dkt. No. 1).
7    WHEREAS, on June 23, 2015, Plaintiff moved the Court to allow the filing
8 of an unredacted complaint (Dkt. No. 8), which Defendant opposed, and which the
9 Court denied on September 8, 2015 (Dkt. No. 80).
10   WHEREAS, on October 14, 2015, Plaintiff filed a First Amended Complaint
11 against Defendants with certain portions of the publicly-available document
12 redacted at Defendant's request (Dkt. No. 83.)  With the Court's permission, the
13 unredacted First Amended Complaint was sealed (Dkt. No. 84).
14   WHEREAS, on November 3, 2015, Defendant filed an *Ex Parte* Application
15 to Unredact Portions of Plaintiff's First Amended Complaint on the grounds that
16 certain information that it had previously requested to be redacted on the ground of
17 privilege was no longer privileged because of disclosure to the government (Dkt.
18 No. 92).
19   WHEREAS, on November 4, 2015, the Court denied Defendant's *Ex Parte*
20 Application.
21   NOW, THEREFORE, the Parties agree that the redacted information
22 contained in Paragraphs 5, 10, 30-38, 81-82, and 89 of Plaintiff's First Amended
23 Complaint should be unredacted.  The parties further agree that Plaintiff should
24 refile a public version of the First Amended Complaint with those aforementioned
25 portions unredacted and all other redaction remaining redacted.  Defendant will not
26 be obligated or entitled to file a further response to the First Amended Complaint
27 and the Answer filed by Defendant on January 21, 2016 (Dkt. No. 103) shall be
28 deemed the Answer to the First Amended Complaint that Plaintiff refiles pursuant to

this Stipulation.

     IT IS SO STIPULATED

DATED: March 18, 2016     GREENBERG GROSS LLP

By:    /s/ Claire-Lise Y. Kutlay
Alan A. Greenberg
Wayne R. Gross
Michael I. Katz
Claire-Lise Y. Kutlay
Attorneys for Plaintiff JENNIFER DAVIES

DATED: March 18, 2016     ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    /s/ Lindsey Connor Hulse
Lynne C. Hermle
Joseph C. Liburt
Lindsey Connor Hulse
Attorneys for Defendant BROADCOM CORPORATION